IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DEMETRIUS L. LANCASTER | ) |
| | ) |
| v. | ) NO. 1-11-0055 |
| | ) JUDGE CAMPBELL |
| DAMON HININGER, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 57), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss filed by Defendants White and Hodge (Docket No. 45) is GRANTED, and Plaintiff's claims against these Defendants are DISMISSED.

The case is referred back to the Magistrate Judge for further proceedings in accordance with the Court's prior Order (Docket No. 4).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE