IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DEMETRIUS L. LANCASTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:11-0055 |
| | ) JUDGE CAMPBELL/KNOWLES |
| | ) |
| CORRECTIONS CORPORATION OF | ) |
| AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

This matter is before the Court upon a "Motion for Involuntary Dismissal" filed by Defendants Corrections Corporation of America, Damon Hininger, Cherry Lindamood, Leigh Kilzer, Jessica Garrett, and Angela Steadman. Docket No. 66. Defendants argue that Plaintiff has failed to comply with an Order of the Court.

Defendants previously moved for an Order compelling Plaintiff to provide Responses to their written discovery requests. Docket No. 60. The Motion sought an Order requiring Plaintiff to respond within ten (10) days from the entry of the Court's Order granting the Motion. *Id*. The Motion also asks the Court to impose sanctions, including the dismissal of this case, if Plaintiff failed to comply with the Order entered. *Id*. Defendants' Motion was filed June 29, 2012.

On July 23, 2012, the undersigned granted Defendants' Motion. Docket No. 63.

Defendants state that, as of the date of the filing of the instant Motion (August 6, 2012), Plaintiff had failed to provide Responses and had not made any contact with Defendants'

counsel.

The Court further notes that two certified mail items sent to Plaintiff recently have been returned as "Unclaimed," and as "Attempted – Not Known Unable to Forward."  Docket Nos. 67, 68.

For the foregoing reasons, the undersigned recommends that the instant Motion to Dismiss be GRANTED, and that this action be DISMISSED WITH PREJUDICE.[1]

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court.  Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections.  Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation.  *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. Clifton Knowles
United States Magistrate Judge

---

[1] Defendants Donna K. White and Reuben Hodge have previously been dismissed from this action (Docket No. 61), and the instant Defendants are the only remaining Defendants in this case.