IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DEMETRIUS LANCASTER | ) |
| | ) |
| v. | ) NO. 1-11-0055 |
| | ) JUDGE CAMPBELL |
| CORRECTIONS CORPORATION | ) |
| OF AMERICA, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 69), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion for Involuntary Dismissal (Docket No. 66) filed by Defendants Corrections Corporation of America, Hininger, Lindamood, Kilzer, Garrett and Steadman is GRANTED, and this action is DISMISSED for failure to comply with an Order of the Court and failure to keep the Court apprised of Plaintiff's address.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE